**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Doroteo ESTRADA–JASSO, Defendant–Appellant.**

No. 07–30115.

United States Court of Appeals, Ninth Circuit.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Nov. 24, 2008.*

Filed Nov. 28, 2008.

Michael Joseph Fica, Esq., Office of the U.S. Attorney, Pocatello, ID, for Plaintiff–Appellee.

Greg S. Silvey, Esq., Kuna, ID, for Defendant–Appellant.

Before: ALARCÓN, LEAVY, and TALLMAN, Circuit Judges.

## MEMORANDUM **

Doroteo Estrada–Jasso appeals from the 360–month sentence imposed following his guilty-plea conviction for conspiracy to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 846. In light of the valid appeal waiver, we dismiss.

Estrada–Jasso contends that the appeal waiver in his plea agreement is unenforceable because it was not knowing and voluntarily. We conclude that the waiver was knowing and voluntary and dismiss in light of the valid appeal waiver. *See United States v. Nguyen,* 235 F.3d 1179, 1182–84 (9th Cir.2000).

**DISMISSED.**

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.